**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Brian Baldwin
            Plaintiff

     V.

SEFAC, Inc.
            Defendant

CIVIL ACTION

NO. 3:15-cv-30120-MGM

**ORDER OF DISMISSAL**

Mastroianni, D. J.

    In accordance with the Court's Order dated May 4, 2016 granting the [33] Joint Motion for Approval of Settlement and Dismissal with Prejudice, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice pursuant to the parties' request.

By the Court,

5/4/2016
Date

/s/ Mariliz Montes
Deputy Clerk